**H. Richard AUSTIN, Plaintiff—Appellant,**

v.

**DOUGLAS G. PETERSON & ASSOCI-ATES; Stephen Houghton; Jimmy Pau, Defendants—Appellees.**

No. 11–2427.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 21, 2012.

H. Richard Austin, Appellant Pro Se. George L. Goodridge, Curtiss, Carey, Gates, Graves & Goodridge, LLP, Greenfield, Massachusetts; Paul Marshall Yoder, Wharton Aldhizer & Weaver, PLC, Harrisonburg, Virginia, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

H. Richard Austin appeals the district court's order dismissing his claims against all defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Austin v. Douglas G. Peterson & Assocs.*, No. 5:11–cv–00373–BR (E.D.N.C. Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*